Opinion approved by the Court.

---

### Leon DICKSON, Appellant, v. STATE of Texas, Appellee.
#### No. 26552.

Court of Criminal Appeals of Texas.

June 27, 1953.

Francis L. Williams, Houston, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the unlawful possession of a narcotic drug. The punishment assessed is confinement in the state penitentiary for a term of ten years.

Since perfecting his appeal the appellant has filed a written motion duly verified stating that he does not desire to further prosecute the same. The motion is granted and the appeal is therefore ordered dismissed.

---

### James Burl SLAUGHTER v. STATE.
#### No. 26556.

Court of Criminal Appeals of Texas.

June 27, 1953.

Roberson, Finley & Duncan, Kermit, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of burglary. The punishment assessed is confinement in the state penitentiary for a term of two years.

Since perfecting his appeal the appellant has filed a written motion duly verified requesting the dismissal thereof. The motion is granted and the appeal is therefore ordered dismissed.